```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CARDEL O'BRIAN BIRCH,                             :
                                                  :
                              Petitioner,         :
                                                  :
       -v-                                        :
                                                  :    17-cv-6769 (KBF)
THOMAS DECKER, New York Field Office              :
Director, Immigration and Customs                 :    ORDER
Enforcement, DIANE MCCONNELL, Assistant           :
Field Office Director, Immigration and Customs    :
Enforcement, ELAINE C. DUKE, Acting               :
Secretary, Department of Homeland Security,       :
and JEFFERSON B. SESSIONS, United States          :
Attorney General,                                 :
                                                  :
                              Respondents.        :
------------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: February 28, 2018

KATHERINE B. FORREST, District Judge:

By Opinion & Order dated February 7, 2018, the Court granted Birch's petition for writ of habeas corpus. (ECF No. 19.) Given that no other relief has been requested, the Court solicits the parties' views as to whether this action should be terminated. The parties are directed to submit a joint letter on that issue not later than **Wednesday, March 7, 2018**.

SO ORDERED.

Dated:   New York, New York
         February 28, 2018

_____
KATHERINE B. FORREST
United States District Judge