```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARDEL O'BRIAN BIRCH,

                              Petitioner,

              -v-                                              17-cv-6769 (KBF)

THOMAS DECKER, New York Field Office                           ORDER
Director, Immigration and Customs
Enforcement, DIANE MCCONNELL, Assistant
Field Office Director, Immigration and Customs
Enforcement, ELAINE C. DUKE, Acting
Secretary, Department of Homeland Security,
and JEFFERSON B. SESSIONS, United States
Attorney General,

                              Respondents.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 8, 2018

KATHERINE B. FORREST, District Judge:

The Clerk of Court is directed to enter judgment in accordance with the Court's Opinion & Order dated February 7, 2018 (ECF No. 19) and to terminate this action.

SO ORDERED.

Dated:   New York, New York
         March 8, 2018

_____
KATHERINE B. FORREST
United States District Judge